Shawn SCHUSTER, Appellant,

v.

Douglas WEBER, Warden, South Dakota State Penitentiary, Appellee.

Nos. 03–3127 to 03–3129.

United States Court of Appeals, Eighth Circuit.

Submitted Nov. 3, 2003.

Decided Dec. 10, 2003.

---

1. The Honorable Richard G. Kopf, Chief Judge, United States District Court for the District of Nebraska.

Shawn Schuster, pro se, Deadwood, SD, for Plaintiff–Appellant.

Before RILEY, McMILLIAN, and SMITH, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

In these consolidated appeals, South Dakota inmate Shawn Schuster contests the district court's[1] preservice dismissal of three actions he filed. Upon de novo review, we affirm the dismissals for the reasons stated by the district court. *See* 8th Cir. Rule 47A(a).

---

1. The Honorable Richard H. Battey, United States District Judge for the District of South Dakota.